## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                      CASE NO:  8:15-CR-66-T-24AEP

JOSE MICOLTA
_____/

## O R D E R

**THIS CAUSE** comes before this Court on Defendant's Motion to Modify and Reduce Sentence (Dkt.78) under 18 U.S.C. § 3582(c)(2) based on USSG Amendment 782, a retroactive guideline amendment. S*ee* USSG § 1B1.10(d) (November 1, 2014). The Motion is DENIED.

Defendant was sentenced on October 6, 2015, after the November 1, 2014 effective date of Amendment 782. **The Court considered the Guideline made effective by Amendment 782 when it imposed sentence on October 6, 2015.** At sentencing, Defendant was held accountable for 417 kilograms of cocaine.  His base offense level was 36. After Amendment 782 under section 2D1.1(c),  possession of 417 kilograms or more of cocaine is still a level 36  Therefore, the amendment was considered at the time of sentencing.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on the 12th day of July, 2016.

SUSAN C. BUCKLEW
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation
Defendant Jose Micolta, pro-se